No. 10-6698. LEE *v.* WYATT ET AL. C. A. 10th Cir. Certiorari denied.

No. 10-6702. BROWN *v.* PARKING AUTHORITY OF THE CITY OF JERSEY CITY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10-6703. BRIGGS *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10-6709. WHITTED *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10-6710. TORREZ *v.* MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10-6712. TAYLOR *v.* HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10-6713. TAMEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10-6715. WARNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10-6716. BAKER *v.* LIADACKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 10-6720. KAGUYUTAN *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-6727. ADDO *v.* HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10-6730. CHAPMAN *v.* WAL-MART CORP. C. A. 8th Cir. Certiorari denied.

No. 10-6731. CROUCH *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10-6732. K. R. J. *v.* WAYNE COUNTY JUVENILE OFFICE. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 10-6736. LANDRY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.